FILED US District Court-UT
JUN 28 '23 PM 01:06

TRINA A. HIGGINS, United States Attorney (#7349)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
CLARK A. HARMS, Special Assistant United States Attorney (# 5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. SPENCER MASSENGALE, Defendant. | INDICTMENT<br><br>Vio.:<br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute Resulting in Death<br><br>Case: 1:23-cr-00047<br>Assigned To : Waddoups, Clark<br>Assign. Date : 6/27/2023 |
|---|---|

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
Possession With Intent to Distribute of Fentanyl Resulting in Death

On or about February 22, 2023, in the District of Utah,

SPENCER MASSENGALE,

defendant herein, did knowingly and intentionally possess, with the intent to distribute N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, the use of which resulted in the death of Person 1, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1)

and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
SIRENA MILLER WISSLER
Assistant United States Attorney
CLARK A. HARMS
Special Assistant United States Attorney

2